| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berg, Terrence G. | United States District Court, Eastern District of Michigan | 05/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Theodore Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Regents | Gesu School Board of Regents |
| 2. | Member, Board of Directors | Historical Society for the United States District Court for the Eastern District of Michigan |
| 3. | Member, Board of Trustees | Legacy, DMC |
| 4. | Member, Committee on United States Courts | Michigan State Bar |
| 5. | Member, Board of Trustees | James Madison Memorial Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2017 | Gesu Catholic School Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | SEAK - Expert Witness training | May 5 - 6, 2017 | Clearwater, Florida | Lecture on Expert Testimony | Travel, lodging, food |
| 2. | ICLEF - Midwest Intellectual Property Summit | November 16-17, 2017 | Indianapolis, Indiana | Panel on Litigating IP cases | Travel, lodging, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Michigan 529-Moderate Age Based Option Age 18+ Number 3 | B | Dividend | K | T | Distributed (part) | 01/17/17 | J | | |
| 2. | | | | | Distributed (part) | 08/21/17 | J | | |
| 3. PeopleDriven (formerly Peoples Trust) Credit Union Accounts | A | Int./Div. | K | T | | | | | |
| 4. Midland National Life Insurance Whole Life Policy X | C | Interest | L | T | | | | | |
| 5. Allianz Vision Deferred Variable Annuity X | | | | | | | | | |
| 6. - AZL T. Rowe Price Capital App | | None | J | T | Sold (part) | 02/18/17 | J | | |
| 7. | | | | | Buy (add'l) | 02/18/17 | J | | |
| 8. | | | | | Sold (part) | 05/18/17 | J | | |
| 9. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 10. | | | | | Sold (part) | 08/18/17 | J | | |
| 11. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 12. | | | | | Sold (part) | 11/18/17 | J | | |
| 13. | | | | | Buy (add'l) | 11/18/17 | J | | |
| 14. -AZL Mid Cap Index Fund C2 | | None | J | T | Sold (part) | 02/18/17 | J | | |
| 15. | | | | | Buy (add'l) | 02/18/17 | J | | |
| 16. | | | | | Sold (part) | 05/18/17 | J | | |
| 17. | | | | | Buy (add'l) | 05/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/18/17 | J | | |
| 19. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 20. | | | | | Sold (part) | 11/18/17 | J | | |
| 21. | | | | | Buy (add'l) | 11/18/17 | J | | |
| 22. - AZL Pyramis Multi-Strategy | None | J | T | | Sold (part) | 02/18/17 | J | | |
| 23. | | | | | Buy (add'l) | 02/18/17 | J | | |
| 24. | | | | | Sold (part) | 05/18/17 | J | | |
| 25. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 26. | | | | | Sold (part) | 08/18/17 | J | | |
| 27. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 28. | | | | | Sold (part) | 11/18/17 | J | | |
| 29. | | | | | Buy (add'l) | 11/18/17 | J | | |
| 30. -AZL Russell 1000 Growth Idx C2 | None | J | T | | Sold (part) | 02/18/17 | J | | |
| 31. | | | | | Buy (add'l) | 02/18/17 | J | | |
| 32. | | | | | Sold (part) | 05/18/17 | J | | |
| 33. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 34. | | | | | Sold (part) | 08/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 36. | | | | | Sold (part) | 11/18/17 | J | | |
| 37. | | | | | Buy (add'l) | 11/18/17 | J | | |
| 38.   - Franklin Mutual Shares VIP | None | | J | T | Sold (part) | 02/18/17 | J | | |
| 39. | | | | | Buy (add'l) | 02/18/17 | J | | |
| 40. | | | | | Sold (part) | 05/18/17 | J | | |
| 41. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 42. | | | | | Sold (part) | 08/18/17 | J | | |
| 43. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 44. | | | | | Sold (part) | 11/18/17 | J | | |
| 45. | | | | | Buy (add'l) | 11/18/17 | J | | |
| 46.   - PIMCO VIT All Asset | None | | J | T | Sold (part) | 02/18/17 | J | | |
| 47. | | | | | Buy (add'l) | 02/18/17 | J | | |
| 48. | | | | | Sold (part) | 05/18/17 | J | | |
| 49. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 50. | | | | | Sold (part) | 08/18/17 | J | | |
| 51. | | | | | Buy (add'l) | 08/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/18/17 | J | | |
| 53. | | | | | Buy (add'l) | 11/18/17 | J | | |
| 54. - PIMCO VIT Real Return | None | K | T | Sold (part) | 02/18/17 | K | | |
| 55. | | | | | Buy (add'l) | 02/18/17 | K | | |
| 56. | | | | | Sold (part) | 05/18/17 | K | | |
| 57. | | | | | Buy (add'l) | 05/18/17 | K | | |
| 58. | | | | | Sold (part) | 08/18/17 | K | | |
| 59. | | | | | Buy (add'l) | 08/18/17 | K | | |
| 60. | | | | | Sold (part) | 11/18/17 | K | | |
| 61. | | | | | Buy (add'l) | 11/18/17 | K | | |
| 62. - AZL S&P 500 Index | None | J | T | Sold (part) | 02/18/17 | J | | |
| 63. | | | | | Buy (add'l) | 02/18/17 | J | | |
| 64. | | | | | Sold (part) | 05/18/17 | J | | |
| 65. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 66. | | | | | Sold (part) | 08/18/17 | J | | |
| 67. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 68. | | | | | Sold (part) | 11/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/18/17 | J | | |
| 70.    - PIMCO VIT Total Return | None | K | T | | Sold (part) | 02/18/17 | K | | |
| 71. | | | | | Buy (add'l) | 02/18/17 | K | | |
| 72. | | | | | Sold (part) | 05/18/17 | K | | |
| 73. | | | | | Buy (add'l) | 05/18/17 | K | | |
| 74. | | | | | Sold (part) | 08/18/17 | K | | |
| 75. | | | | | Buy (add'l) | 08/18/17 | K | | |
| 76. | | | | | Sold (part) | 11/18/17 | K | | |
| 77. | | | | | Buy (add'l) | 11/18/17 | K | | |
| 78.    - Templeton Global Bond VIP Fund | None | K | T | | Sold (part) | 02/18/17 | K | | |
| 79. | | | | | Buy (add'l) | 02/18/17 | K | | |
| 80. | | | | | Sold (part) | 05/18/17 | K | | |
| 81. | | | | | Buy (add'l) | 05/18/17 | K | | |
| 82. | | | | | Sold (part) | 08/18/17 | K | | |
| 83. | | | | | Buy (add'l) | 08/18/17 | K | | |
| 84. | | | | | Sold (part) | 11/18/17 | K | | |
| 85. | | | | | Buy (add'l) | 11/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -AZL International Index C2 | | None | J | T | Sold (part) | 02/18/17 | J | | |
| 87. | | | | | Buy (add'l) | 02/18/17 | J | | |
| 88. | | | | | Sold (part) | 05/18/17 | J | | |
| 89. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 90. | | | | | Sold (part) | 08/18/17 | J | | |
| 91. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 92. | | | | | Sold (part) | 11/18/17 | J | | |
| 93. | | | | | Buy (add'l) | 11/18/17 | J | | |
| 94. CUNA Mutual Group Equity Index Annuity - S&P 500 Index | C | Interest | L | T | Buy (add'l) | 12/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to the income related to the assets held within the variable annuity in Part VII, line 5, the Allianz Vision Deferred Variable Annuity, the account statements do not provide income details as the statute requires. Rather than guessing as to the amount, I am listing "none" because I am unable to determine the amount of income attributable to each asset. I have provided the value information for the underlying assets that is detailed in the quarterly statements.

I have also updated my address.

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Terrence G. Berg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544